# EXHIBIT "A"



**856-635-0200**



Capital Academy is a residential treatment facility located in Camden, New Jersey, just a few minutes from Philadelphia, Pennsylvania. Capital Academy is fully accredited as a Behavioral Health Care Organization by the Joint Commission and licensed for 60 beds by the Office of Licensing, under the auspices of the New Jersey Department of Children and Families, as a Residential Child Care Facility. This urban setting provides students with access to major universities, museums, theaters and state-of-the-art medical facilities. In close proximity to the Academy are the Camden Aquarium, the Susquehanna Bank Entertainment Center, Citizens Bank Ball Park (home of the Phillies), Lincoln Financial Field (home of the Eagles), Wells Fargo Center (home of the Sixers) and a host of other attractions for education, history, and entertainment.

Capital Academy has a low student-to-teacher/counselor ratio, including a bi-lingual mental health clinician and staff, and affiliation with Cooper University Hospital for Psychiatric, Psychological and Adolescent Pediatric services. The Burlington County Special Services School District provides educational and vocational services. A fully operational kitchen and food services department offers a wide array of nutritional support.

**PROGRAMS & SERVICES OFFERED**

- Social/emotional therapeutic residential treatment for male adolescents
- Clinical Services including:
    - 24-hour on-call Mental Health Clinician
    - Individual, group and family therapy
    - Trauma-Focused Cognitive Behavioral Therapy
    - Challenging anti-social belief systems
    - Substance abuse therapy
    - Sexually reactive/offending treatment
    - Fire setting/safety group



## PROFILE OF CLIENTS SERVED

The typical student admitted to Capital Academy is a juvenile offender who does not have deep-seated psychopathology, but has learned negative behavior patterns that victimize others. Students typically show a low degree of empathy for others, have poor means-ends reasoning, are impulsive, have problems with anger control and aggression, are irresponsible, deny and/or justify negative behaviors (i.e., consider themselves victims when confronted), pride themselves on antisocial values and behaviors, lack self-discipline, and are counteractive and non-compliant with authority.

- Male adolescents aged 14.5 upon admission
- Aggressive and violent behaviors
- Serious delinquent behaviors
- Severe emotional disturbances
- Victims of neglect, sexual, physical or emotional abuse
- History of previous program failures
- Full IQ of 60 and above
- Anti-social behaviors and values
- Fire setting/safety therapy
- Anger management therapy
- Grief and loss therapy

Phone: 856-635-0200 ext. 127 Phone: 856-635-0200 ext. 125

Email: donald.christiano@sequelyouthservices.com   Email: joseph.dunham@sequelyouthservices.com

Sequel **Career** 

*Capital Academy*   1770 Mount Ephraim Avenue, Camden, NJ 08104

*856-635-0200*

*www.sequelyouthservices.com*

Copyright © 2015 Sequel Youth and Family Services, All Rights Reserved.