# EXHIBIT "B"

Home  |  Admissions  |  Contact Us  |  Jobs  |  PREA

About Sequel    Community-Based Services    Private Pay Residential    Staff-Secure Residential    Secure Residential    PRTFs    Acute    Day Schools

# Contact Us

## Contact Sequel

### General Contact

**Steve Gilbert**
Phone: 712-310-9395
Email: steve.gilbert@sequelyouthservices.com

### Sequel Corporate Office

1131 Eagletree Lane
Huntsville, AL 35801
Phone: 256-880-3339

### Our Locations

### Community-Based Services

**SequelCare of Arizona**
Prescott Valley, AZ 86301
Phone: 928-777-3280

**SequelCare of Florida**
Pinellas Park, FL 33781
Phone: 727-547-0607

**Woodward Community Based Services**
Des Moines, IA 50309
Phone: 515-274-9607

**SequelCare of Maine**
Yarmouth, ME 04096
Phone: 207-847-2273

**SequelCare of Oklahoma**
Antlers, OK 74523
Phone: 580-298-2830

**Traditions**
Chinle, AZ 86503
Phone: 928-674-3818

### Private Pay Residential

**Auldern Academy**
Siler City, NC 27344
Phone: 919-837-2336

### Staff-Secure Residential Academies

**Starr Albion Prep**
Albion, MI 49224
Phone: 517-630-2306

**Capital Academy**
Camden, NJ 08104
Phone: 856-635-0200

**Clarinda Academy**
Clarinda, IA 51632
Phone: 712-542-3103

**Falcon Ridge Ranch**
Virgin, UT 84779
Phone: 213-267-2859

**Forest Ridge Youth Services**
Estherville, IA 51334
Phone: 712-362-5231

**Lakeside Academy**
Kalamazoo, MI 49008
Phone: 269-381-4760

**Lakeside Academy of Kansas**
Goddard, KS 67052
Phone: 316-794-2760

**Lava Heights Academy**
Tocqueville, UT 84774
Phone: 213-267-2859

**Mingus Mountain Academy**
Prescott Valley, AZ 86312
Phone: 602-335-2000

**Sequel of Montgomery**
Montgomery, AL 36104
Phone: 334-647-1780

**Mountain Home Academy**
Mountain Home, ID 83647
Phone: 208-587-2679

**Mt Pleasant Academy**
Mt Pleasant, UT 84647
Phone: 213-267-2859

**Normative Services**
Sheridan, WY 82801
Phone: 307-674-6878

**Red Rock Canyon School**
St. George, UT 84770
Phone: 213-267-2859

**Woodward Academy**
Woodward, IA 50276
Phone: 515-438-3481

## Secure Residential Programs

**Charles Britt Academy**
St. Petersburg, FL 33712
Phone: 727-954-5402

**Courtland**
Courtland, AL 35618
Phone: 256-637-2199

**Madison**
Madison, AL 35758

Phone: 256-895-0710

**Owens Crossroads**

Owens Crossroads, AL 35763

Phone: 256-725-7170

**St. John's**

St. Augustine, FL 32085

Phone: 904-829-8850

**Tuskegee**

Tuskegee, AL 36083

Phone: 334-727-2216

**Union**

Raiford, FL 32083

Phone: 386-789-1500

## PRTFs

**Bernalillo Academy**

Albuquerque, NM 87108

Phone: 505-924-6330

**Kingston Academy**

Kingston, TN 37763-4020

Phone: 865-376-2296

**Northern Illinois Academy**

Aurora, IL 60502

Phone: 847-391-8000

**Norris Academy**

Norris, TN 37828

Phone: 865-494-5554

**Riverside Academy**

Wichita, KS 67203

Phone: 316-267-5710

**Not sure which program?**
Contact Steve Gilbert
Phone: 712-310-9395
Email for more information

Home
About Sequel
Admissions
Contact Us

Community-Based Services
Private Pay Residential
Staff-Secure Residential Academies
Secure Residential Programs
PRTFs

**Not sure which program?**
Contact Steve Gilbert
Phone: 712-310-9395
Email: steve.gilbert@sequelyouthservices.com

© Copyright 2014 Sequel Youth and Family Services, All Rights Reserved.