# EXHIBIT "C"



Home   About Sequel   Our Programs   Benefits   All Jobs

Job title or category

City, state, or zip code

SEARCH

United States (295)

Sequel Youth and Family Services > Locations in United States

# LOCATIONS IN **UNITED STATES**
## AT SEQUEL YOUTH AND FAMILY SERVICES

✉ Sign up for job alert emails

- Alabama (35)
- Arizona (18)
- Florida (44)
- Idaho (27)
- Illinois (10)
- Iowa (54)
- Kansas (6)
- Maine (31)
- Michigan (6)
- Nebraska (5)
- Nevada (3)

- New Jersey (1)
- New Mexico (16)
- North Carolina (3)
- Ohio (3)
- Oklahoma (8)
- Pennsylvania (1)
- South Dakota (1)
- Tennessee (21)
- Utah (32)
- Wyoming (2)

Terms and Conditions   Privacy Policy