# EXHIBIT "G"



September 6, 2017

**Private and confidential**

Damina Durham
3855 Blair Mill Road 216B
Horsham, Pennsylvania 19044

Dear Damina,

As a result of the reduction in force for the position of QA Manager and a restructure of the Administration Department we would like to extend an opportunity to you as a part-time non-exempt Administrative Assistant at Capital Academy effective September 7, 2017. Due to your date of hire you have seniority to accept this position in the restructured department. You will be compensated at a rate of $14.45/hr. on a biweekly basis. Your typical work schedule will be part-time, at up to 29 hours a work week. The days and hours worked will be Monday-Friday from 9:30 am – 2:30 pm each week and are subject to change at any time to meet program need with appropriate notice.

This change in employment classification will not establish a new annual appraisal date. This change in employment status will make you ineligible for all elected benefits except Unum and 401K. If you are currently enrolled in the SYFS benefits package, your benefits end date will be September 30, 2017 at 12:00 am (midnight).

We fully anticipate that this employment relationship will be mutually beneficial. This is an at-will employment relationship. You have the right to terminate employment at any time as does SYFS with or without cause.

I, Damina Durham, have reviewed the proposed job description.

**I accept the offer as presented.**

_____    _____
First & Last Name Printed    Date    Employee Signature

**I decline the offer as presented.**

Damina Durham  9-7-17    _____
First & Last Name Printed    Date    Employee Signature