IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DAMINA DURHAM,<br><br>        Plaintiff,<br><br> v.<br><br>CAPITAL ACADEMY, et al.<br><br>        Defendants. | Civil No. 18-2045 (RMB/JS) |

**AMENDED SCHEDULING ORDER**

  The Court having received the parties' May 2, 2019 [Doc. No. 26] request,

  It is this **3rd** day of **May, 2019**, hereby **ORDERED**:

  1. Depositions of expert witnesses shall be concluded by **June 15, 2019**.

  2. **Dispositive Motions**.  Dispositive motions shall be filed with the Clerk of the Court no later than **July 1, 2019**, in accordance with the applicable Federal and Local Rules of Civil Procedure. This Order is subject to the Individual Rules and Procedures (if any) of the presiding District Judge.

  3. The Joint Final Pretrial Conference scheduled for July 8, 2019 is **cancelled**.

  4. It will be necessary for counsel to cooperate in preparing the form Joint Final Pretrial Order.  The instructions for preparing the Order can be found on the website at http://www.njd.uscourts.gov/sites/njd/files/pretrialorder%20camden.pdf.  The Joint Final Pretrial Order signed by all counsel shall be delivered to the Court **three (3) days before** the in-person Final Pretrial Conference to be held on **September 12, 2019 at 11:00 a.m.**  The plaintiff's portion of the proposed order shall be prepared and sent to defense counsel no later than **August 15, 2019**.  Defendant's portion of the proposed order shall be prepared and returned to counsel for plaintiff no later than **August 29, 2019.**

1

**LEAD TRIAL COUNSEL FOR ALL PARTIES SHALL APPEAR AT THE FINAL PRETRIAL CONFERENCE AND SHALL BE PREPARED TO DISCUSS SETTLEMENT OF THE CASE.**

     5.  If a dispositive motion is filed by the Court Ordered deadline, the Final Pretrial Conference shall be deemed postponed, and will be rescheduled, if necessary, after the motion is decided.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                   s/ Joel Schneider
                                   JOEL SCHNEIDER
                                   United States Magistrate Judge