# BOCHETTO & LENTZ
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1524 LOCUST STREET
PHILADELPHIA, PA 19102

TELEPHONE: (215) 735-3900
TELECOPIER: (215) 735-2455

FIRM WEB SITE:
bochettoandlentz.com

E-MAIL ADDRESS:
akaminsky@bochettoandlentz.com

GEORGE BOCHETTO†^
GAVIN P. LENTZ*
JEFFREY W. OGREN*
DAVID P. HEIM*
VINCENT van LAAR*
BRYAN R. LENTZ*
JOHN A. O'CONNELL*
PETER R. BRYANT*
ANTON KAMINSKY*
DANIELLE CHILDS
KIERSTY DeGROOTE*

ALBERT M. BELMONT, III*
*OF COUNSEL*

MARIA TROUT
JANINE BAKER
JOANNE GUARALDO
MARGARET E. KAMINS
VANJA MORACA
JIM STEPHENS
TUESDAY WOLF
SUSAN FLAHERTY
*PARALEGALS*

PRACTICE DEDICATED TO LITIGATION
AND NEGOTIATION MATTERS

NEW JERSEY OFFICE

141 HIGH STREET
MOUNT HOLLY NJ 08060
TELEPHONE: (856) 722-9595
TELECOPIER: (856) 722-5511

\* ADMITTED TO NEW JERSEY BAR
† ADMITTED TO NEW YORK BAR
^ ADMITTED TO D.C. BAR
■ ADMITTED TO VIRGINIA BAR

July 10, 2019

**VIA ECF:**
Hon. Renee Marie Bumb
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

    RE:    ***Durham v. Capital Academy, et al.***
             **Civil Docket: 1:18-cv-02045-RMB-JS**

Dear Judge Bumb:

    Plaintiff and Defendants jointly request that the Court extend the response and reply due dates with respect to Defendant's Motion for Summary Judgment filed on July 1, 2019. Plaintiff's current response date is July 22, 2019 and Plaintiff's counsel is scheduled for trial between July 15th and July 17th. Defendant's reply is currently due on July 29, 2019.

    Plaintiff respectfully requests that the court extend the motion response date by a week to July 29, 2019, and Defendant's reply date by a week to August 5, 2019.

    Thank you for Your Honor's attention in this matter.

**BOCHETTO & LENTZ, P.C.**
July 10, 2019
Page **2** of **2**

          Respectfully submitted,

          **BOCHETTO & LENTZ, P.C.**

          BY: _____
                Anton Kaminsky, Esquire

cc:    Brandon R. Sher, Esquire: Paul L. Adams, Esquire (Via E-Mail, w/enc.)

**SO ORDERED this** _12th_ **day of** _July_ **20** _19_

_____
**United States District Judge**