# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT AT NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| **DAMINA DURHAM** : | |
| : | CIVIL ACTION |
| *Plaintiff,* : | No. 1:18-cv-02045 |
| v. : | |
| : | |
| **CAPITAL ACADEMY** and : | |
| **SEQUEL YOUTH AND FAMILY** : | |
| **SERVICES** : | |
| : | |
| *Defendants.* : | |

## STIPULATION DISMISSAL OF ACTION *WITH PREJUDICE*

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41, Plaintiff Damina Durham and Defendants Capital Academy, and Sequel Youth and Family Services by and through their respective counsel, hereby Stipulate that, pursuant to the settlement between the parties, Plaintiff's claims are dismissed with prejudice and this action is ended, which each party to bear its costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **BOCHETTO & LENTZ, P.C.** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| BY:    /s/ Bryan R. Lentz | BY:    /s/ Brandon R. Sher |
|        Bryan R. Lentz, Esq. |        Brandon R. Sher, Esquire |
|        Anton Kaminsky, Esq. |        Paul L. Adams, Esquire |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Dated: June 16, 2020 | Dated: 6/16/20 |